IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR60** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **RUFUS FREEMONT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Defendant's Motion To Advance Sentencing (Filing No. 38), requesting that the sentencing hearing, currently scheduled for August 30, 2006, be moved to an earlier date. The government has no objection.

IT IS ORDERED:

Sentencing is rescheduled before District Judge Laurie Smith Camp to the **4th day of August, 2006, at 8:30 a.m.** in Courtroom No. 2, Third Floor, Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska.

Dated this 25th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge