**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR60** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **ORDER** |
| | ) | |
| **RUFUS FREEMONT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion to Dismiss his Appeal, which is supported by the Consent to Voluntary Dismissal which has been executed by Defendant Rufus Freemont.  (Filing No. 68)  The Defendant, with the assistance of counsel, has concluded that the proposed appeal is without merit.  Accordingly,

IT IS ORDERED:

1.     The Defendant's Motion to Dismiss Appeal (Filing No. 68) is granted;

2.     The Notice of Appeal is hereby deemed withdrawn; and the appeal, to the extent it was commenced by a filing in this Court, is dismissed;

3.     The Request for Transcript and the Request to Proceed In Forma Pauperis (Filing Nos. 66 and 67) are denied as moot; and

4.     The Clerk is directed to close this matter for statistical purposes.

DATED this 30th day of January, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge